| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**   **Oxysure Therapeutics, Inc**

2. **All other names debtor used in the last 8 years**   **aka Oxysure Systems, Inc**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   **7 1 – 0 9 6 0 7 2 5**

4. **Debtor's address**   **Principal place of business**

   **10880 John W Elliott Drive**
   Number   Street
   **Suite 600**

   **Frisco            TX      75033**
   City           State   ZIP Code

   **Denton**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street
   _____
   P.O. Box
   _____
   City           State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street
   _____
   _____
   City           State   ZIP Code

5. **Debtor's website (URL)**   _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor **Oxysure Therapeutics, Inc**_____  Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

B. Check all that apply:

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
            District _____  When _____  Case number _____
                                       MM / DD / YYYY
            District _____  When _____  Case number _____
                                       MM / DD / YYYY

Debtor **Oxysure Therapeutics, Inc**                                       Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____ MM / DD / YYYY
         Case number, if known _____

         Debtor _____   Relationship _____
         District _____   When _____ MM / DD / YYYY
         Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number   Street
                            _____
                            _____
                            City                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Oxysure Therapeutics, Inc**                                    Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/05/2016**
MM / DD / YYYY

X **/s/ Julian Ross**                                  **Julian Ross**
  Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Holly B. Guelich**                              Date **12/05/2016**
  Signature of attorney for debtor                         MM / DD / YYYY

**Holly B. Guelich**
Printed name

**Holly B. Guelich**
Firm name

**12720 Hillcrest Rd., Suite 270**
Number    Street

**Dallas**                          **TX**          **75230**
City                                State         ZIP Code

**(214) 522-3669**                   **hollyguelich@sbcglobal.net**
Contact phone                        Email address

**08567150**                         **TX**
Bar number                           State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re **Oxysure Therapeutics, Inc**        Case No. _____

       Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................................. | **$2,500.00** |
   | Prior to the filing of this statement I have received...................................................... | **$0.00** |
   | Balance Due..................................................................................................................... | **$2,500.00** |

2. The source of the compensation paid to me was:
   - ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/05/2016** | */s/ Holly B. Guelich* | |
|---|---|---|
| *Date* | *Holly B. Guelich* | Bar No. 08567150 |
| | Holly B. Guelich | |
| | 12720 Hillcrest Rd., Suite 270 | |
| | Dallas, TX 75230 | |
| | Phone: (214) 522-3669 / Fax: (214) 522-0085 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Oxysure Therapeutics, Inc**                                             CASE NO

                                                                                                      CHAPTER   **7**

# VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[ ]   is the first mailing list filed in this case.

[ ]   adds entities not listed on previously filed mailing list(s).

[ ]   changes or corrects names and address on previously filed mailing lists.

/s/ Holly B. Guelich
*Holly B. Guelich*
*08567150*
*Holly B. Guelich*
*12720 Hillcrest Rd., Suite 270*
*Dallas, TX 75230*
*(214) 522-3669*

1105 Media Inc
9201 Oakdale Avenue Suite 101
Chatsworth, CA 91311

Action Stock Transfer Corp
2469 E Fort Union Blvd, Suite 214
Salt Lake City, UT 84121

Acxiom Corporation
4090 Collection Dr
Chicago, IL 60693

Adar Bays
3411 Indian Creek Dr, Suite 403
Miami Beach, FL 33140

Alison Freedman dba Alison Communication
c/.o Okon Hannagan, PLLC
750 N St Paul St, Suite 1800
Dallas, TX 75201

Allied Healthcare Products
PO box 790379
Saint Louis, MO 63179

Americase
PO Box 674285
Dallas, TX 75267-4285

Arkadin Inc
Lockbox 32726
Collection Center Dr
Chicago, IL 60693-0726

Bank of Lake Mills
c/o Transaction Reporting System LLC
1001 Avenue of the Americas, 11th Fl
New York, NY 10018

Beaufort Capital Partners LLC
660 White Plains Rd
Tarrytown, NY 10591

Beaufort Capital Partners LLC
c/o Chipman Brown Cicero & Cole
501 Fifth Ave, 15th Fl
New York, NY 10017

Black Mountain Equities Inc
619 South Vulcan Ave, Suite 203
Encinitas, CA 92024

Cardiac Science Corporation
PO Box 776401
Chicago, IL 60677-6401

Case Concepts International
112 Prospect St, Unit A
Stamford, CT 06901-1207

Circular Energy
PO Box 67833
Dallas, TX 75267-8333

Cision US Inc
PO Box 98869
Chicago, IL 60693-8869

Cliff Meidl Enterprises LLC
c/o Tom Mills
4183 Baldwin Ave
Culver City, CA 90232

Daniel James Management/Spero Holdings
2522 Chambers Rd, Suite 100
Tustin, CA 92780

```
Donohoe Advisory Associates
9901 Belward Campus Dr, Suite 175
Rockville, MD 20850


Dymax Corporation
318 Industrial Ln
Torrington, CT 06790


Edgar Agents, LLC
105 White Oak Ln, Suite 104
Old Bridge, NJ 08857


Friedman & Feiger
5301 Spring Valley Rd, Suite 200
Dallas, TX 75254


Geelers Financial
11501 Dublin Blvd, Suite 200
Dublin, CA 94568


Geelers Financial
c/o Gizzi Reep Foley
940 Adams St, Suite A
Benicia, CA 94510


Gemini Master Fund Ltd
619 South Vulcan Ave, Suite 203
Encinitas, CA 92024


Gemini Master Fund Ltd
Black Mountain Equities
c/o Olshan Frome & Wolosky LLP
65 E 55th St
New York, NY 10022

Gemini Master Fund Ltd/Gemini Strategies
Black Mountain Equities
c/o Eli Burris/DLA Piper
1717 Main St, Suite 4600
Dallas, TX 75201
```

Goodway Group
PO Box 1574
Blue Bell, PA 19422


Group 10 Holdings LLC
11 Island Ave, Suite #1108
Miami Beach, FL 33139


Group 10 Holdings LLC
c/o Zumpano Castro
500 S Dixie Hwy, Suite 302
Coral Cables, FL 33146


Harris St Laurent & Chaudry LLP
40 Wall St, 53rd Fl
New York, NY 10005


Heartsafe America Inc
14241 Proton Rd
Dallas, TX 75244


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce St
Mail Code 5020DAL
Dallas, TX 75242


Jolandi Kennedy
202 S 1st NW
PO Box 4000
Mason City, IA 50401


Jolandi Kennedy Et Al
c/o The Redwine Law Firm PLLC
325 N St Paul St, Suite 2750
Dallas, TX 75201

Jolandi Kennedy Et Al
c/o Ted Lyons & Associates
18601 LBJ Frwy, Suite 525
Mesquite, TX 75150


JunoPacific Wickstrom Inc
740 Broadway
Redwood City, CA 94063


K&L Gates LLP
925 Fourth Ave, Suite 2900
Seattle, WA 98104


Kwivik, Inc
Vinson & Elkins
2001 Ross Ave, Suite 3700
Dallas, TX 75201


Label Technologies Inc
1125 Satellite Blvd, Suite 108
Suwanee, GA 30024


LH Financial/Alpha Capital/Anstalt
c/o Ken Zitter
260 Madison Ave, 19th Fl
New York, NY 10016


LH Financial/Alpha Capital/Osher
c/o Grushko & Mittman PC
515 Rockway Ave
Valley Stream, NY 11581


Linde Gas North America
24963 Network Pl
Chicago, IL 60673-1249


Lloyd's Register Quality Assurance
1330 Enclave Pkwy, Suite 200
Houston, TX 77077

```
Margalurman
c/o Kanner & Pintaluga, PA
925 S Federal Hwy, 6th Fl
Boca Raton, FL 33432


McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


Mediant Communications Inc
PO Box 29976
New York, NY 10087-9976


Montgomery Coscia Greilich LLP
2500 Dallas Pkwy, Suite 300
Plano, TX 75093


Nevill Financial Leasing LP
2825 West Story Rd
Irving, TX 75038


Newcomb Spring Corp
PO Box 743090
Atlanta, GA 30374


North American Rescue
35 Tedwall Court
Greer, SC 29650


Optimal
12701 Directors Dr
Stafford, TX 77477


OptinResource Inc
2621 NE 1st St, Suite 7
Pompano Beach, FL 33062
```

OTC Markets Group  
PO Box 29959  
New York, NY 10087-9959

Oxysure Therapeutics, Inc  
10880 John W Elliott Drive  
Suite 600  
Frisco, TX 75033

Pfaltz & Bauer  
172 E Aurora St  
Waterbury, CT 06708

Polymer Technology Corporation  
5120 Eagle Point Rd  
Menomonie, WI 54751

RB Milestone Equities  
125 Park Ave, 25th Floor  
New York, NY 10168

Redchip Companies Inc  
1017 Maitland Center  
Maitland, FL 32751

RenMark Financial Communications  
3400 De Maisonneuve O.,  
Montreal, QC, Canada  
H3Z 3B8

Robert Samuels  
c/o Chase Medling  
201 Main St, Suite 500  
Ft Worth, TX 76102

Salter Labs  
100 W Sycamore Rd  
Arvin, CA 93203

Sbaiti and Company PLLC
5307 E Mockingbird Ln, 5th Floor
Dallas, TX 75206


Sealed Air Corporation
26077 Network Pl
Chicago, IL 60673-1260


Sinacola Commercial Properties
c/o Lincoln Property Company
2000 McKinney Ave, Suite 1000
Dallas, TX 75201


Southeastern Freight Lines Inc
PO BOx 100104
Columbia, SC 29202-3104


Standard & Poors Financial Services LLC
55 Water St, 49th Floor
New York, NY 10041


Steckler Law Group
12720 Hillcrest Rd, Suite 1045
Dallas, TX 75230


Taglich Brothers Inc
790 New York Ave, Suite 209
Huntington, NY 11743


Tektronix Inc
7416 Collection Center Dr
Chicago, IL 60693


TSI Incorporated
SDS 12-0764
PO Box 86
Minneapolis, MN 55486-0764

```
TX Comptroller of Public Accounts
Revenue Acct Div/Bankruptcy Sec
PO Box 13528
Austin, TX 78711-3528


Uline
PO Box 88741
Chicago, IL 60680-1741


Union Capital LLC
338 Crown St
Brooklyn, NY 11225


United States Trustee
110 N. College, Suite 300
Tyler, TX 75702


US Attorney (IRS)
110 N. Spring, Suite 700
Tyler, TX 75702


US Attorney General
Department of Justice
10th & Constitution Ave, NW
Washington, DC 20530-0001


Wall Street Buy Sell Hold
c/o Mayer Ross Hagan
178 E Main St
Patchogue, NY 11772


Web Bank
c/o CAN Capital Asset Servicing
155 N 400 West, Suite 315
Salt Lake City, UT 84103


WFAA TV Channel 8/Tegna Media
c/o Haynes & Boone LP
600 Congress Ave, Suite 1300
Austin, TX 78701
```

```
WFAA TV Channel 8/Tegna Media
c/o The Redwine Law Firm
325 N St Paul St, Suite 2750
Dallas, TX 75201


ZMedica LLC
4 Fairfield Blvd
Wallingford, CT 06492
```