UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  16-42224 |
| OXYSURE THERAPEUTICS, INC | § | |
| DEBTORS(S), | § | CHAPTER  7 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF FRISCO**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 9th day of December, 2016, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

HOLLY B. GUELICH
12720 HILLCREST RD, STE 270
DALLAS, TX 75230

LINDA S. PAYNE
CHAPTER 7 TRUSTEE
12270 COIT ROAD, SUITE 541
DALLAS, TX 75251

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:       dallas.bankruptcy@publicans.com

By: /s/ Laurie A. Spindler
    ———————————————————
    Laurie A. Spindler
    SBN: 24028720 TX