Form reqobar

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Sherman (Plano)  
Suite 300B  
660 North Central Expressway  
Plano, TX 75074

| | | |
|---|---|---|
| In Re: | Oxysure Therapeutics, Inc<br>Debtor | Bankruptcy Case No.: 16–42224<br>Chapter: 7 |

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF

TO THE CREDITORS OF THE ABOVE–NAMED DEBTOR:

Notice having been previously given that creditors of the above–named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 4/13/17 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above–named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: http://www.txeb.uscourts.gov/bkforms.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for Governmental Units is **7/12/17**.

Dated: 1/13/17

                                                  Jason K. McDonald, Clerk  
                                                  U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B  
660 North Central Expressway  
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT http://www.txeb.uscourts.gov/bkforms.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

Oxysure Therapeutics, Inc

16–42224

United States Bankruptcy Court
Eastern District of Texas

In re:  Case No. 16-42224-btr
Oxysure Therapeutics, Inc  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4    User: tyrones    Page 1 of 3    Date Rcvd: Jan 13, 2017
                    Form ID: 895    Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.

```
db          +Oxysure Therapeutics, Inc,    10880 John W Elliott Drive,    Suite 600,    Frisco, TX 75033-3281
tr           Linda S Payne,    Chapter 7 Bankruptcy Trustee,    12770 Coit Road, Suite 541,
               Dallas, TX  75251-1366
cr          +CIty of Frisco,    Linebarger Goggan Blair & Sampson, LLP,    c/o Laurie A. Spindler,
               2777 N. Stemmons Freeway,    Suite 1000,    Dallas, TX 75207-2328
7210854     +Acxiom Corporation,    4090 Collection Dr,    Chicago, IL 60693-0001
7210855     +Adar Bays,    3411 Indian Creek Dr, Suite 403,    Miami Beach, FL 33140-4058
7210856     +Alison Freedman dba Alison Communication,    c/.o Okon Hannagan, PLLC,
               750 N St Paul St, Suite 1800,    Dallas, TX 75201-3262
7210857     +Allied Healthcare Products,    PO box 790379,    Saint Louis, MO 63179-0379
7210858      Americase,    PO Box 674285,    Dallas, TX 75267-4285
7210859      Arkadin Inc,    Lockbox 32726,    Collection Center Dr,    Chicago, IL 60693-0726
7210860     +Bank of Lake Mills,    c/o Transaction Reporting System LLC,
               1001 Avenue of the Americas, 11th Fl,    New York, NY 10018-5469
7210862     +Beaufort Capital Partners LLC,    c/o Chipman Brown Cicero & Cole,    501 Fifth Ave, 15th Fl,
               New York, NY 10017-7860
7210861     +Beaufort Capital Partners LLC,    660 White Plains Rd,    Tarrytown, NY 10591-5139
7210863     +Black Mountain Equities Inc,    619 South Vulcan Ave, Suite 203,    Encinitas, CA 92024-3664
7210864      Cardiac Science Corporation,    PO Box 776401,    Chicago, IL 60677-6401
7210865      Case Concepts International,    112 Prospect St, Unit A,    Stamford, CT 06901-1207
7210866      Circular Energy,    PO Box 67833,    Dallas, TX 75267-8333
7210867      Cision US Inc,    PO Box 98869,    Chicago, IL 60693-8869
7210868     +Cliff Meidl Enterprises LLC,    c/o Tom Mills,    4183 Baldwin Ave,    Culver City, CA 90232-3225
7210869     +Daniel James Management/Spero Holdings,    2522 Chambers Rd, Suite 100,    Tustin, CA 92780-6962
7210870     +Donohoe Advisory Associates,    9901 Belward Campus Dr, Suite 175,    Rockville, MD 20850-4085
7210872     +Edgar Agents, LLC,    105 White Oak Ln, Suite 104,    Old Bridge, NJ 08857-1975
7210873     +Friedman & Feiger,    5301 Spring Valley Rd, Suite 200,    Dallas, TX 75254-2488
7210874     +Geelers Financial,    11501 Dublin Blvd, Suite 200,    Dublin, CA 94568-2827
7210875     +Geelers Financial,    c/o Gizzi Reep Foley,    940 Adams St, Suite A,    Benicia, CA 94510-2950
7210877     +Gemini Master Fund Ltd,    Black Mountain Equities,    c/o Olshan Frome & Wolosky LLP,
               65 E 55th St,    New York, NY 10022-3219
7210878     +Gemini Master Fund Ltd/Gemini Strategies,    Black Mountain Equities,    c/o Eli Burris/DLA Piper,
               1717 Main St, Suite 4600,    Dallas, TX 75201-4629
7210879    #+Goodway Group,    PO Box 1574,    Blue Bell, PA 19422-0449
7210881     +Group 10 Holdings LLC,    c/o Zumpano Castro,    500 S Dixie Hwy, Suite 302,
               Coral Cables, FL 33146-2768
7210880     +Group 10 Holdings LLC,    11 Island Ave, Suite #1108,    Miami Beach, FL 33139-1325
7210882     +Harris St Laurent & Chaudry LLP,    40 Wall St, 53rd Fl,    New York, NY 10005-1378
7210883     +Heartsafe America Inc,    14241 Proton Rd,    Dallas, TX 75244-3606
7210886     +Jolandi Kennedy,    202 S 1st NW,    PO Box 4000,    Mason City, IA 50402-4000
7210888     +Jolandi Kennedy Et Al,    c/o Ted Lyons & Associates,    18601 LBJ Frwy, Suite 525,
               Mesquite, TX 75150-5614
7210887     +Jolandi Kennedy Et Al,    c/o The Redwine Law Firm PLLC,    325 N St Paul St, Suite 2750,
               Dallas, TX 75201-3849
7210889     +JunoPacific Wickstrom Inc,    740 Broadway,    Redwood City, CA 94063-3124
7210890     +K&L Gates LLP,    925 Fourth Ave, Suite 2900,    Seattle, WA 98104-1158
7210891     +Kwivik, Inc,    Vinson & Elkins,    2001 Ross Ave, Suite 3700,    Dallas, TX 75201-2975
7210893     +LH Financial/Alpha Capital/Anstalt,    c/o Ken Zitter,    260 Madison Ave, 19th Fl,
               New York, NY 10016-2401
7210894     +LH Financial/Alpha Capital/Osher,    c/o Grushko & Mittman PC,    515 Rockway Ave,
               Valley Stream, NY 11581-1909
7210892     +Label Technologies Inc,    1125 Satellite Blvd, Suite 108,    Suwanee, GA 30024-4629
7210895      Linde Gas North America,    24963 Network Pl,    Chicago, IL 60673-1249
7210896     +Lloyd's Register Quality Assurance,    1330 Enclave Pkwy, Suite 200,    Houston, TX 77077-2578
7210897     +Margalurman,    c/o Kanner & Pintaluga, PA,    925 S Federal Hwy, 6th Fl,
               Boca Raton, FL 33432-6122
7210898      McMaster-Carr Supply Co,    PO Box 7690,    Chicago, IL 60680-7690
7210899      Mediant Communications Inc,    PO Box 29976,    New York, NY 10087-9976
7210901     +Nevill Financial Leasing LP,    2825 West Story Rd,    Irving, TX 75038-5268
7210902     +Newcomb Spring Corp,    PO Box 743090,    Atlanta, GA 30374-3090
7210903     +North American Rescue,    35 Tedwall Court,    Greer, SC 29650-4791
7210906      OTC Markets Group,    PO Box 29959,    New York, NY 10087-9959
7210904     +Optimal,    12701 Directors Dr,    Stafford, TX 77477-3701
7210905     +OptinResource Inc,    2621 NE 1st St, Suite 7,    Pompano Beach, FL 33062-4960
7210907      Oxysure Therapeutics, Inc,    5500 Eldorado Parkway,    PMB 102-801,    McKinney, Texas 75070
7210908     +Pfaltz & Bauer,    172 E Aurora St,    Waterbury, CT 06708-2041
7210909      Polymer Technology Corporation,    5120 Eagle Point Rd,    Menomonie, WI 54751-1489
7210910     +RB Milestone Equities,    125 Park Ave, 25th Floor,    New York, NY 10017-5550
7210911      Redchip Companies Inc,    1017 Maitland Center,    Maitland, FL 32751
7210912      RenMark Financial Communications,    3400 De Maisonneuve O.,,    Montreal, QC, Canada,    H3Z 3B8
7210913     +Robert Samuels,    c/o Chase Medling,    201 Main St, Suite 500,    Ft Worth, TX 76102-3100
7210914     +Salter Labs,    100 W Sycamore Rd,    Arvin, CA 93203-2398
7210915     +Sbaiti and Company PLLC,    5307 E Mockingbird Ln, 5th Floor,    Dallas, TX 75206-5109
7210916      Sealed Air Corporation,    26077 Network Pl,    Chicago, IL 60673-1260
```

```
District/off: 0540-4          User: tyrones              Page 2 of 3                   Date Rcvd: Jan 13, 2017
                              Form ID: 895               Total Noticed: 86


7210917        +Sinacola Commercial Properties,   c/o Lincoln Property Company,   2000 McKinney Ave, Suite 1000,
                 Dallas, TX 75201-2027
7210919        +Standard & Poors Financial Services LLC,   55 Water St, 49th Floor,   New York, NY 10041-0016
7210920        +Steckler Law Group,   12720 Hillcrest Rd, Suite 1045,   Dallas, TX 75230-2079
7210921        +Taglich Brothers Inc,   790 New York Ave, Suite 209,   Huntington, NY 11743-4400
7210922        +Tektronix Inc,   7416 Collection Center Dr,   Chicago, IL 60693-0074
7210928         US Attorney (IRS),   110 N. Spring, Suite 700,   Tyler, TX 75702
7210929         US Attorney General,   Department of Justice,   10th & Constitution Ave, NW,
                 Washington, DC 20530-0001
7221229        +WFAA T.V. Channel 8,   c/o Stephen M. Pezanosky,   Haynes and Boone, LLP,
                 301 Commerce Street, Suite 2600,   Fort Worth, TX 76102-4160
7210933        +WFAA TV Channel 8/Tegna Media,   c/o The Redwine Law Firm,   325 N St Paul St, Suite 2750,
                 Dallas, TX 75201-3849
7210932        +WFAA TV Channel 8/Tegna Media,   c/o Haynes & Boone LP,   600 Congress Ave, Suite 1300,
                 Austin, TX 78701-2962
7210930        +Wall Street Buy Sell Hold,   c/o Mayer Ross Hagan,   178 E Main St,   Patchogue, NY 11772-3159
7210931        +Web Bank,   c/o CAN Capital Asset Servicing,   155 N 400 West, Suite 315,
                 Salt Lake City, UT 84103-1111
7210934        +ZMedica LLC,   4 Fairfield Blvd,   Wallingford, CT 06492-1857
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QLSPAYNE Jan 14 2017 01:18:00      Linda S Payne,   Chapter 7 Bankruptcy Trustee,
                 12770 Coit Road, Suite 541,   Dallas, TX  75251-1366
7210852        +E-mail/Text: lengel@1105media.com Jan 14 2017 01:29:40     1105 Media Inc,
                 9201 Oakdale Avenue Suite 101,   Chatsworth, CA 91311-6546
7210853        +E-mail/Text: justblank2000@yahoo.com Jan 14 2017 01:30:09     Action Stock Transfer Corp,
                 2469 E Fort Union Blvd, Suite 214,   Salt Lake City, UT 84121-3374
7221394        +E-mail/Text: bankruptcy@gmigr.com Jan 14 2017 01:30:01     COLLIN COUNTY TAX ASSESSOR/COLLECTOR,
                 C/O GAY MCCALL ISAACKS ET AL,   777 E 15TH ST,   PLANO TX 75074-5799
7210871        +E-mail/Text: dramirez@dymax.com Jan 14 2017 01:29:54     Dymax Corporation,   318 Industrial Ln,
                 Torrington, CT 06790-2391
7210876        +E-mail/Text: steve@geministrategies.com Jan 14 2017 01:30:53     Gemini Master Fund Ltd,
                 619 South Vulcan Ave, Suite 203,   Encinitas, CA 92024-3664
7210885        +EDI: IRS.COM Jan 14 2017 01:18:00      Internal Revenue Service,   1100 Commerce St,
                 Mail Code 5020DAL,   Dallas, TX 75242-1100
7210900        +E-mail/Text: AR@mcggroup.com Jan 14 2017 01:30:46     Montgomery Coscia Greilich LLP,
                 2500 Dallas Pkwy, Suite 300,   Plano, TX 75093-4872
7210918         E-mail/Text: legalcollections@sefl.com Jan 14 2017 01:30:14     Southeastern Freight Lines Inc,
                 PO BOx 100104,   Columbia, SC 29202-3104
7210924         E-mail/Text: pacer@cpa.state.tx.us Jan 14 2017 01:30:30     TX Comptroller of Public Accounts,
                 Revenue Acct Div/Bankruptcy Sec,   PO Box 13528,   Austin, TX 78711-3528
7210923         E-mail/Text: accounting@tsi.com Jan 14 2017 01:29:57     TSI Incorporated,   SDS 12-0764,
                 PO Box 86,   Minneapolis, MN 55486-0764
7210925         E-mail/Text: accounts.receivable@uline.com Jan 14 2017 01:30:19     Uline,   PO Box 88741,
                 Chicago, IL 60680-1741
7210927        +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jan 14 2017 01:29:56     United States Trustee,
                 110 N. College, Suite 300,   Tyler, TX 75702-7231
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WFAA T.V. Channel 8
7210884*        Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
7210926       ##+Union Capital LLC,   338 Crown St,   Brooklyn, NY 11225-3004
                                                                                   TOTALS: 1, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0540-4          User: tyrones              Page 3 of 3            Date Rcvd: Jan 13, 2017
                              Form ID: 895               Total Noticed: 86
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:

      Holly B. Guelich   on behalf of Debtor   Oxysure Therapeutics, Inc guelichlaw@sbcglobal.net, csuswell@sbcglobal.net;guelichecfnotices@gmail.com
      Laurie A. Spindler   on behalf of Creditor   CIty of Frisco laurie.spindler@lgbs.com, Matilde.Alvarado@lgbs.com
      Linda S Payne   linda@paynetrustee.com, TX21@ecfcbis.com;lpayne2@ecf.epiqsystems.com;brandy@paynetrustee.com
      Stephen M. Pezanosky   on behalf of Creditor   WFAA T.V. Channel 8 stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com
      US Trustee   USTPRegion06.TY.ECF@USDOJ.GOV

      TOTAL: 5