

EOD
03/21/2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Oxysure Therapeutics, Inc
10880 John W Elliott Drive
Suite 600
Frisco, TX 75033
EIN: 71-0960725
Debtor

Case No. 16-42224 btr
Chapter: 7

## ORDER DISMISSING PLEADING AS MOOT

ON THIS DATE the Court considered the **Motion for Relief From Automatic Stay** filed by **Jolandi Kennedy, Symone Redwine** on **January 30, 2019**. Due to the fact that this case was closed on **April 21, 2017,** good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the **Motion for Relief From Automatic Stay** filed by **Jolandi Kennedy, Symone Redwine** on **January 30, 2019**, is DISMISSED as MOOT.

Signed on 3/21/2019

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE